No. 72–218. FUGATE, COMMISSIONER, DEPARTMENT OF HIGHWAYS OF VIRGINIA *v.* ARLINGTON COALITION ON TRANSPORTATION ET AL. C. A. 4th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE POWELL would grant certiorari.

No. 72 266. STONE *v.* STONE ET AL. C. A. 4th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–275. KATZ ET AL. *v.* ASPINWALL ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.